# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-cv-21260-PAS

YESTER AVILA,

        Plaintiff,

v.

HOT TICKET INCORPORATED,
BRIAN GROVES,
KATHLEEN BROWN-REID,

        Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    Defendant:    Hot Ticket Incorporated
        Registered Agent:    Kathleen Brown-Reid
                                  229 Raymond Rd.
                                  Marlborough, MA 01752

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elliot Kozolchyk, Esquire
    Koz Law, P.A.
    320 S.E. 9th Street
    Fort Lauderdale, Florida 33316

Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __April 09, 2014__



Steven M. Larimore
Clerk of Court

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

**SUMMONS**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  14-cv-21260-PAS

YESTER AVILA,

        Plaintiff,

v.

HOT TICKET INCORPORATED,
BRIAN GROVES,
KATHLEEN BROWN-REID,

        Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

TO:  Defendant:  Brian Groves
5575 SW 6 St
Miami, FL 33134

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elliot Kozolchyk, Esquire
    Koz Law, P.A.
    320 S.E. 9th Street
    Fort Lauderdale, Florida 33316

Phone:  (786) 924-9929
Fax:    (786) 358-6071
Email:  ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **April 09, 2014**



Steven M. Larimore
Clerk of Court

**SUMMONS**

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   14-cv-21260-PAS

YESTER AVILA,

        Plaintiff,

v.

HOT TICKET INCORPORATED,
BRIAN GROVES,
KATHLEEN BROWN-REID,

        Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

TO:    Defendant:    Kathleen Brown-Reid
                                229 Raymond Rd.
                                Marlborough, MA 01752

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Elliot Kozolchyk, Esquire
        Koz Law, P.A.
        320 S.E. 9th Street
        Fort Lauderdale, Florida 33316

        Phone:  (786) 924-9929
        Fax:     (786) 358-6071
        Email:  ekoz@kozlawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **April 09, 2014**



Steven M. Larimore
Clerk of Court

S/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS